Jimmy DeSHAWN Mosley Jr.  X  CASE No. 12-14-00305-CR
APPELLANT          X   IN THE TWELFTH
              X   COURT OF APPEALS
              X
              X   TYLER TEXAS

## MOTION TO FILE COPIES BRIEF

FILED IN COURT OF APPEALS
12th Court of Appeals District
APR 14 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

HONORABLE JUSTICES.,
OF SAID COURT COMES NOW.,
APPELLANT. PRO.SE Jimmy Mosley Jr comes in good
FAITH FILES THIS motion to FILE LESS COPIES.
He is A true FORMA PAUPERIS AND too Poor too
AFFORD to send THE Required COpies He Ask
THIS Court to take Judicial notice of the trial
court that he was too Poor to AFFORD AN court
APPELLANT Attorney see. ( C.R. P9. 144)

### AFFADAVIT SWORN/UNSWORN OF INDIGENT

I DECLARE THAT I AM too Poor to send the
COpies needed AND I own no-Property or
stocks or bonds that All things Are true AND
Correct. EXECUTED on ___4-10-___ 2015.

_Jimmy Mosley Jr_
4-10-15

### PRAYER

APPELLANT PRAYS LESS COPIES BE GRANTED

### Certificate of service

On THIS DAY of ___4-10-___ 2015 by mail from
THE COLMAIN Unit 899 fm 632 KENEDY TX. 78119 sent
THE 12th Court of APPEALS clerk my motion
To File Less COpies Address 1517 West Front
Street Suite 354 Tyler. TX. 75702

sincerely
_Jimmy Mosley Jr_
4-10-15

(1)